Revised 07/07 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Jane Doe
_____

Plaintiff Pro Se,
Name(s) of Plaintiff or Plaintiffs

Jury Trial Demanded: Yes _X_ No____

-vs-

BRICK Education Network  and
BRICK Buffalo Academy Charter School
LaCole Brumfield
Name of Defendant or Defendants

**DISCRIMINATION COMPLAINT**
_____-CV-_____

26 CV 432

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

_X_  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
   **NOTE:**  In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:**  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above,** you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

__X__    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is:  5982 Day Rider Ave, Las Vegas, NV 89139

   My telephone number is:  716-440-4400

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name:  BRICK Education Network and BRICK Buffalo Academy Charter School

   Number of employees:  51-200

   Address:  534 Clinton Ave, Newark, NJ 07108

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name:  BRICK Buffalo Academy and Lacole Brumfield

   Address:  30 Rich St, Buffalo, NY 14211

## CLAIMS

4. I was first employed by the defendant on (date):  On or about February 6, 2023

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
   __on or aout July 1, 2023_____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
   did):   __First Discrimination act: August 31, 2023_____
   _____Subsequent acts: October 8, 11, and 13, 2023_____
   _____

7. I believe that the defendant(s)

   a. __X___   Are still committing these acts against me.
   b. _____   Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)   The last discriminatory act against me occurred on (date) _____
   _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is
   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____
   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is:  __EEOC charge filed: 10/23/2023 - EEOC Charge # 524-2024-00157__

11. The Equal Employment Opportunity Commission did _____ /did not ____X_____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____01/12/2025_____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

    a. _____ Failure to provide me with reasonable accommodations to the application process

    b. _____ Failure to employ me

    c. _____ Termination of my employment

    d. _____ Failure to promote me

    e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

    f. _____ Harassment on the basis of my sex

    g. _____ Harassment on the basis of unequal terms and conditions of my employment

    h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

    i. _____ Retaliation because I complained about discrimination or harassment directed toward others

    j. __X__ Other actions (please describe) _Hostile work environment, pretextual firing, public defamation._

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

    a. __X__ Race

    b. _____ Color

    c. _____ Sex

    d. _____ Religion

    e. __X__ National Origin

    f. _____ Sexual Harassment

    g. _____ Age _____ Date of birth

    h. _____ Disability
    Are you incorrectly perceived as being disabled by your employer?
    ___ yes ___ no

15. I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are __X__ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: __They sent their board Member (Kenny) to speak to my previous employer (REACH Academy) Linda Marszalek, who can testify under oath. I was denied promotion after their meeting.__

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim. (NOTE: You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the Equal Employment Opportunity Commission affidavit to this complaint; failure to do so will delay initiation of your case.)**

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    __X__ **has** issued a Right to sue letter, which I received on __01/12/2025__

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

I was hired in February 2023 as the founding Principal for BRICK Buffalo Academy, with a salary of $101,500 that was included in the SUNY-approved budget. I relocated from out of state for this role.

From approximately August 31, 2023 through early October 2023, the Director of Operations, Lacole Brumfield, repeatedly spoke to me in a hostile and demeaning manner in front of staff, including "snapping" at me and making negative comments tied to my Cuban background. I reported this conduct to my supervisor, Superintendent Jeremy Esposito, in emails and conversations, and later raised these issues with HR representative Mindy Weidman, but no effective action was taken.

On October 11, 2023, after I met with HR to complain about discrimination and hostile treatment, I was told the next evening not to return to work, and on October 13, 2023, I was informed that my employment was terminated, allegedly due to "budget cuts" and "under-enrollment," despite no prior warnings or performance plan.

After my termination, BRICK received a $400,000 grant, paid retention bonuses to remaining staff, promptly installed an interim principal, and later advertised a superintendent position with a salary substantially higher than mine, all while enrollment remained relatively stable. These facts undercut the claim that my position was eliminated for budgetary reasons.

My termination was publicly disclosed in board materials and on BRICK's website, which also emphasized "Buffalo-born administration" after my departure. As a Hispanic Cuban woman who was not Black and not Buffalo-born, I reasonably believe I was treated differently based on my national origin and race and in retaliation for my complaints.

Since my termination, BRICK and its representatives, including board member Ken Peterson, have contacted employers and provided negative or inconsistent information about my separation, which has harmed my reputation and interfered with my ability to obtain promotions and employment.

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed     _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

    _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

    _____

    _____

    ___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: March 3, 2026                          /s/Jane Doe
                                              Pro Se
                                              Plaintiff's Signature

6